[No. 28982-6-III. Division Three. June 7, 2011.]

TIFFANI WILLIAMS, *Appellant*, v. RICHLAND SCHOOL DISTRICT NO. 400, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-2-00916-1, Bruce A. Spanner, J., entered April 9, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 28682-7-III. Division Three. June 9, 2011.]

JACK KRYSTAL, *Appellant*, v. THOMAS R. DAVIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-00833-5, Paul A. Bastine, J. Pro Tem., entered November 18, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28801-3-III. Division Three. June 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LONGINO MARTINEZ ESPINDOLA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00299-6, John M. Antosz, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 29008-5-III; 29331-9-III. Division Three. June 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYCE K. DEGAGNE, *Appellant*.

*In the Matter of the Personal Restraint of* BRYCE K. DEGAGNE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03157-1, Ellen K. Clark, J., entered April 23, 2010, together with a petition for relief from personal restraint. Judgment *remanded with instructions* and petition *denied* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.